UNITED STATES DISTSRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAL RAE BEACH                                                    PLAINTIFF

VS.                                            CIVIL ATION NO. 3:24CV-666-RGJ

FEDERAL BUREAU OF INVESTIGATIONS, et al          DEFENDANTS

\* \* \* \* \* \*

## AFFIDAVIT

1. Comes the Affiant, Thomas E. Clay, counsel for the Plaintiff in this action, and after having first been duly sworn, states and deposes as follows:

2. Suffice it to say that last year has been a nightmare for the undersigned's health.

3. Last summer the undersigned cracked his left wrist (he is left-handed) and sustained carpal tunnel syndrome which required surgery and recovery.

4. In September 2024, the undersigned received a gout attack in his right knee, which required a hospital stay of 4 days.

5. Following that attack, the gout migrated to his left knee, and he was hospitalized for an additional 3 days. The Affiant's treating physician provided a statement indicating that he should not attend court for over 2 months. The last letter extended his restrictions through December 1, 2024. (See attached physician statements.)

6. Following this condition, Affiant's condition remained to the extent that he was unable to take care of routine matters involving litigation. This continuation included surgery on his left arm and behind his right ear to remove skin cancer growths which had increased in size to the point where they had to be removed surgically.

8. The initial surgery was on December 20, 2024; all for removal of these cancerous growths. A second surgery was required to apply skin grafts to the affected areas.

9. During this same period, the Affiant was treated by a dermatologist for additional cancer growths on his entire head area. The treatment included an application of an ointment and a reaction to the ointment as depicted by the pictures attached hereto.

10. Most recently the Affiant has been scheduled to undergo orthodontic surgery on two molars, which had deteriorated to the point that they require surgical removal, currently scheduled for February 26, 2025. The Affiant urges the court to allow him until April 1, 2025, to initiate action on this lawsuit.

11. Further, the Affiant sayeth naught.

_____
THOMAS E. CLAY

State of Kentucky )
)SS
County of Jefferson )

Subscribed and sworn to before me by Thomas E. Clay on this ____ day of February, 2025.

My commission expires: 7-27-2026 .

_____
NOTARY PUBLIC, KY STATE AT LARGE

2